# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-46-5 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| DEONTA BANKS ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

## ORDER

U.S. Magistrate Judge Susan K. Lee filed a report and recommendation (Doc. 246) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count Fourteen of the nineteen-count Superseding Indictment; (2) accept Defendant's guilty plea to the lesser-included offense of the charge in Count Fourteen of the Superseding Indictment, that is of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (3) adjudicate Defendant guilty of the lesser-included offense of the charge in Count Fourteen of the Superseding Indictment, that is of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (4) defer a decision on whether to accept the amended plea agreement (Doc. 224) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly,

the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 246) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Fourteen of the nineteen-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to the lesser-included offense of the charge in Count Fourteen of the Superseding Indictment, that is of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the lesser-included offense of the charge in Count Fourteen of the Superseding Indictment, that is of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

4. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **June 5, 2020 at 9:00 a.m. [EASTERN]** before the undersigned.

   **SO ORDERED.**

   /s/*Travis R. McDonough*
   **TRAVIS R. MCDONOUGH**
   **UNITED STATES DISTRICT JUDGE**